# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES STANLEY | : CIVIL ACTION |
| v. | : NO. 18-1989 |
| COLUMBIA SUSSEX MANAGEMENT, LLC | : |

## ORDER

**AND NOW**, this 14th day of June 2018, consistent with our Order to show cause (ECF Doc. No. 16), considering Plaintiff's Response (ECF Doc. No. 17) and for reasons in the accompanying memorandum, it is **ORDERED** the Clerk of Court shall forthwith **transfer** this matter to the United States District Court for the Northern District of Illinois and **close** the case in this District.

KEARNEY, J.